# Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:16-cv-21570-LENARD/GOODMAN**

RUDY RIFE,

Plaintiff,

v.

FRONTON HOLDINGS, LLC D/B/A CASINO MIAMI, and DAVE JONAS,

Defendants.
_____________________________________/

**AFFIDAVIT OF GEVORK "GREG" KHACHATRIAN**

STATE OF FLORIDA )
ss.:
COUNTY OF MIAMI-DADE )

BEFORE ME, the undersigned authority, this day personally appeared Gevork "Greg" Khachatrian, who, after being first duly sworn, deposes and says:

1. I am over the age of eighteen (18) and am a resident of Miami-Dade County, Florida. I make this affidavit voluntarily and based upon my own personal knowledge.

2. I am the Vice President of Finance and Administration of Fronton Holdings, LLC d/b/a Casino Miami ("Casino Miami"). I have held this position since January 1, 2015. Previously, I was Chief Financial Officer of Casino Miami. As such, I am familiar with the matters detailed herein.

3. I oversee the departments at Casino Miami that relate to finance, human resources and administration. This includes the Cage department. The "cage" is a commonly used term in the industry to refer to cash operations.

4. In addition, since in or around May 2015, I have been responsible for overseeing the poker department and prior to 2015, the human resources department reported directly to CEO Dave Jonas.

5. With respect to the classification of employees as exempt or non-exempt under the Fair Labor Standards Act, those determinations are made on an individual employee and position basis. Pay rates and pay increases are also set on an individual basis.

6. Yumay Rodriguez Garcia was hired by Casino Miami on May 1, 2014 as a Cage Supervisor. In July 2015, she was transferred to work in the Player's Club as an Assistant Manager.

7. As Cage Supervisor, Ms. Garcia supervised about 12 or 13 cash operations employees during a particular shift. Employees under Ms. Garcia's supervision included jai alai cashiers, jackpot cashiers and front cash operations cashiers. In this role, Ms. Garcia trained employees, evaluated their performance, disciplined employees, investigated and either resolved employee and customer issues or escalated them to the manager of the department, served as a point of contact for the jai alai wagering system vendor, prepared daily deposits, maintained proper staffing levels and ensuring the casino's bank had enough cash at all times, among other job duties. As Cage Supervisor, Ms. Garcia reported to Cash Operations Manager Eileen Scott.

8. As Player's Club Manager, Garcia reported directly to General Manager Stephen Blank and she was one of only three managers at Casino Miami with the authority to authorize unlimited free play for patrons.

9. Carlos Sanchez and Angel Fernandez worked as Poker Supervisors. Mr. Sanchez worked as a Poker Supervisor from May 2, 2014 until his employment ended on June 3, 2015. Mr. Fernandez worked a Poker Supervisor from May 1, 2014 until his employment ended on

September 27, 2015. In their roles as Poker Supervisors, Mr. Sanchez and Mr. Fernandez reported to Director of Operations James Tuthill through May 2015. In or around May 2015, Mr. Sanchez and Mr. Fernandez began reporting to me. As Poker Supervisors, Mr. Sanchez and Mr. Fernandez oversaw the operation of the Poker Room at Casino Miami, supervising, training and evaluating employees in their department, hiring employees and maintaining proper levels of staffing and had supervisory involvement in promotions and programming for the poker tables.

10. A management bonus is awarded to eligible members of management based on certain financial goals of the company and the manager's own individual job performance.

11. Casino Miami has not – and does not – have a standard compensation policy or practice of classifying all of its employees whose job title included the words "manager" or "supervisor" as exempt. Casino Miami currently has or has had during the relevant period at least ten employees in supervisory positions who are and have always been hourly, non-exempt. Bar Supervisor, Janitorial Supervisor, Assistant Janitorial Supervisor and Maintenance Supervisor positions are non-exempt and certain employees who serve as Parking Supervisor, Poker Supervisor, Player's Club Supervisor, and Cage Supervisor are also non-exempt.

12. Fronton Holdings, LLC purchased Casino Miami on May 1, 2014 and did not employ Rudy Rife, Yumay Rodriguez Garcia, Joseph Raymond Rosales, Carlos Sanchez or Angel Fernandez prior to that time.

FURTHER AFFIANT SAYETH NAUGHT.

[signature]
GEVORK GREG KHACHATRIAN

The foregoing instrument was acknowledged before me this 13th day of October, 2016 by Gevork Greg Khachatrian. He has produced ______________ as identification, or is personally known to me.

Jennifer Chong

NOTARY PUBLIC

(Print Name) Jennifer Chong

My Commission Expires:

NOTARY PUBLIC STATE OF FLORIDA
JENNIFER CHONG
MY COMMISSION # FF 990642
EXPIRES: September 8, 2020
Bonded Thru Budget Notary Services

#5290990 v1